**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-707-RJC-DCK**

| | |
|---|---|
| **SHAKINA SMITH, individually and on behalf of all others similarly situated,** ) ) ) **Plaintiff,** ) ) **v.** ) ) **JAX LLC, d/b/a GOLDEN CORRAL,** ) ) **Defendant**. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by Keith M. Washington, concerning Maxine Adams on February 25, 2020. Maxine Adams seeks to appear as counsel *pro hac vice* for Defendant Jax LLC d/b/a Golden Corral. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. Maxine Adams is hereby admitted *pro hac vice* to represent Defendant Jax LLC d/b/a Golden Corral.

Signed: February 25, 2020

David C. Keesler
United States Magistrate Judge