**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:19-CV-707-RJC-DCK**

| | |
|---|---|
| SHAKINA SMITH, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | **ORDER** |
| JAX LLC, d/b/a GOLDEN CORRAL, ) ) | |
| Defendant. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by Keith M. Washington, concerning Paul DeCamp on February 25, 2020. Paul DeCamp seeks to appear as counsel *pro hac vice* for Defendant Jax LLC d/b/a Golden Corral. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**. Paul DeCamp is hereby admitted *pro hac vice* to represent Defendant Jax LLC d/b/a Golden Corral.

Signed: February 25, 2020

_____
David C. Keesler
United States Magistrate Judge