# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-707-RJC-DCK

| | |
|---|---|
| SHAKINA SMITH, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) | **ORDER** |
| JAX LLC, d/b/a GOLDEN CORRAL, ) ) ) | |
| Defendant. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 20) filed by Scott C. Harris, concerning R. Andrew Santillo on April 3, 2020. R. Andrew Santillo seeks to appear as counsel *pro hac vice* for Plaintiff Shakina Smith, individually and on behalf of all others similarly situated. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 20) is **GRANTED**. R. Andrew Santillo is hereby admitted *pro hac vice* to represent Plaintiff Shakina Smith, individually and on behalf of all others similarly situated.

Signed: April 6, 2020

David C. Keesler
United States Magistrate Judge