IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-707-RJC-DCK

| | |
|---|---|
| SHAKINA SMITH, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** ) |
| JAX LLC, d/b/a GOLDEN CORRAL, | ) ) |
| Defendant. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 31) filed by Scott C. Harris, concerning Nicholas A. Migliaccio on October 21, 2020. Nicholas A. Migliaccio seeks to appear as counsel *pro hac vice* for Plaintiff Shakina Smith. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 31) is **GRANTED**. Nicholas A. Migliaccio is hereby admitted *pro hac vice* to represent Plaintiff(s).

Signed: October 22, 2020

David C. Keesler
United States Magistrate Judge