IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SHAKINA SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JAX LLC d/b/a GOLDEN CORRAL,<br><br>Defendant. | Case No.: 3:19-cv-00707-RJC-DCK |

**JOINT MOTION REQUESTING A STAY OF LITIGATION TO PERMIT
THE PARTIES TO PARTICIPATE IN NON-BINDING MEDIATION**

Plaintiff Shakina Smith ("Plaintiff") and Defendant Jax LLC d/b/a Golden Corral ("Defendant") (collectively the "Parties"), respectfully request that this Court stay this litigation for ninety (90) days, up to and including a date that is ninety (90) days from the entry of an order staying this action, to enable the parties to pursue mediation without unnecessarily expending resources on concurrent litigation. In support of said Motion, the Parties state the following:

1. On December 23, 2019, Plaintiff filed her complaint in this putative collective and class action, asserting claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* and the North Carolina Wage and Hour Act, N.C. Gen Stat. Ann. § 95-25.1, *et seq.* (*See* ECF 1.)

2. On February 24, 2020, Defendant filed a Motion to Compel Individual Arbitration and to Dismiss or, in the Alternative, to Stay the Action. (*See* ECF 8.) On September 16, 2020, the Magistrate Judge issued a Memorandum and Recommendations on Defendant's Motion to Compel Individual Arbitration and to Dismiss or, in the Alternative, to Stay the Action. (*See* ECF 26.) On September 29, 2020, Defendant filed an Objection to the Memorandum and

Recommendations, and Plaintiff replied to the objections on October 16, 2020. (*See* ECF 27; ECF 30.)

3. After initial conversations regarding engaging in potential settlement discussions, the Parties filed a Joint Motion for Protective Order on October 30, 2020, which the Court granted on November 9, 2020. *See* ECF 33-35.)

4. Recognizing the costs associated with litigation, the Parties have jointly agreed that prior to incurring additional time and expense of substantial motion practice and extensive discovery, it is in their mutual interests to focus on mediation preparation and explore potential settlement discussion rather than engaging in concurrent litigation.

5. The Parties jointly endeavor to schedule and attend a mediation and engage in settlement discussions in a good faith effort to resolve this case, which Plaintiff has pled as a collective and class action dispute.

6. A stay will not prejudice the Parties, as the Parties respectfully submit this stay to provide the Parties with the opportunity to fully prepare and pursue mediation and settlement discussion without engaging in concurrent litigation.

7. The Parties request a stay for purposes consistent with the Federal Rules of Civil Procedure or the Local Rules of this Court.

8. A proposed Order granting the requested relief is filed contemporaneously herewith.

For these reasons, the Parties respectfully request that this Court grant their Joint Motion to Stay the Litigation and stay this matter for ninety (90) days, up to and including a date that is ninety (90) days from the entry of an order staying this action, which includes a stay of any deadlines and/or the disposition of Defendant's Opposition to the Magistrate Judge's

Memorandum and Recommendations, to permit the Parties to pursue mediation and settlement discussions.

Respectfully submitted this 28th day of December, 2020.

| | |
|---|---|
| By: s/ Nicholas A. Migliaccio | By: s/ Keith M. Weddington |
| DANIELLE LYNN PERRY | PAUL DECAMP |
| MASON LIETZ & KLINGER, LLP | (Admitted *pro hac vice*) |
| 5101 Wisconsin Ave. NW, Ste. 305 | MAXINE A. ADAMS |
| Washington, DC 20016 | (Admitted *pro hac vice*) |
| 202-429-2290 | EPSTEIN, BECKER & GREEN, P.C. |
| Fax: 202-429-2294 | 1227 25th Street, N.W., Suite 700 |
| dperry@masonllp.com | Washington, D.C. 20037 |
| | Tel: 202-861-0900 |
| ROBERT ANDREW SANTILLO | Fax: 202-861-3571 |
| WINEBRAKE & SANTILLO, LLC | PDeCamp@ebglaw.com |
| 715 Twining Road, Suite 211 | MAdams@ebglaw.com |
| Dresher, NC 19025 | |
| 215-884-2491 | KEITH M. WEDDINGTON |
| Fax: 215-884-2492 | N.C. State Bar No. 14352 |
| asantillo@winebrakelaw.com | TORY IAN SUMMEY |
| | N.C. State Bar No. 46437 |
| SCOTT CRISSMAN HARRIS | PARKER POE ADAMS & BERNSTEIN LLP |
| WHITFIELD BRYSON LLP | 620 South Tryon Street, Suite 800 |
| 900 W. Morgan Street | Charlotte, North Carolina 28202 |
| Raleigh, NC 27603 | Tel: 704-335-9035 |
| 919-600-5000 | Fax: 704-334-4706 |
| Fax: 919-600-5035 | keithweddington@parkerpoe.com |
| scott@whitfieldbryson.com | torysummey@parkerpoe.com |
| | |
| Nicholas A. Migliaccio | *Attorneys for Defendant* |
| (Admitted *pro hac vice*) | |
| Migliaccio & Rathod LLP | |
| 412 H Street N.E., Suite 302 | |
| Washington, D.C. 20002 | |
| 202-470-3520 | |
| Fax: 202-800-2730 | |
| nmigliaccio@classlawdc.com | |
| | |
| *Attorneys for Plaintiff* | |