IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **SHAKINA SMITH**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**JAX LLC D/B/A GOLDEN CORRAL**,<br><br>Defendant. | Case No.: 3:19-cv-00707-RJC-DCK |

## ORDER

**THIS MATTER IS BEFORE THE COURT** on Defendant Jax LLC d/b/a Golden Corral's and Plaintiff Shakina Smith's Joint Motion Requesting a Stay of Litigation to Permit the Parties to Engage in Settlement Discussions (ECF 37). This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion staying the litigation.

**IT IS THEREFORE ORDERED**, that Defendant Jax LLC d/b/a Golden Corral's and Plaintiff Shakina Smith's Motion Requesting a Stay of Litigation to Permit the Parties to Engage in Settlement Discussions (ECF 37) is **GRANTED**. The Court will stay the litigation for ninety (90) days, up to and including a date that is ninety (90) days from the entry of this order.