IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:19-CV-707-RJC-DCK

| | |
|---|---|
| SHAKINA SMITH, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| JAX, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion Requesting A Stay Of Litigation To Permit The Parties To Participate In Non-Binding Mediation" (Document No. 37) filed December 28, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion, with modification.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion Requesting A Stay Of Litigation To Permit The Parties To Participate In Non-Binding Mediation" (Document No. 37) is **GRANTED with modification**. This case is **STAYED** until **March 10, 2021**.

**IT IS FURTHER ORDERED** that the parties shall engage in settlement discussions in good faith, including participating in a mediation, and shall file a report on the results of mediation on or before **March 10, 2021.**

Signed: December 29, 2020

David C. Keesler
United States Magistrate Judge