IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:19-CV-707-RJC-DCK

| | |
|---|---|
| SHAKINA SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JAX, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion Requesting A Stay Of Litigation To Permit The Parties To Engage In Settlement Discussions" (Document No. 39) filed March 8, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Conrad's chambers, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion Requesting A Stay Of Litigation To Permit The Parties To Engage In Settlement Discussions" (Document No. 39) is **GRANTED**. This case is **STAYED** until **May 10, 2021**.

**IT IS FURTHER ORDERED** that the parties shall continue to engage in settlement discussions in good faith and shall file a Notice of Settlement or a Joint Status Report on or before **May 10, 2021**. Further extension of this deadline is unlikely to be allowed.

Signed: March 8, 2021

David C. Keesler
United States Magistrate Judge